WILLIAM RIZIO, PLAINTIFF-PETITIONER, v. GLOBE TRUCKING CO., DEFENDANT-RESPONDENT.

See same case below: 58 *N. J. Super.* 440.

*Messrs. Rosen & Kanov* for the petitioner.

*Messrs. Shaw, Pindar, McElroy, Connell & Foley* and *Mr. Theodore W. Geiser* for the respondent.

March 14, 1960. Denied.

ELMER FRANCIS WHEELER, PLAINTIFF-RESPONDENT, v. JOHN W. DENNIS *ET AL.*, DEFENDANTS-PETITIONERS AND EDITH LEVINE *ET AL.*, DEFENDANTS-RESPONDENTS.

*Messrs. Emory, Langan, Lamb & Blake* for the petitioners.

*Messrs. Van Riper & Belmont* for the plaintiff-respondent.

*Mr. Charles C. Shenier* and *Mr. Kent A. Losche* for the defendants-respondents.

March 28, 1960. Denied.